Chapter 13 Plan Form, Revised 10/24/2005

**AMENDED CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**     CASE NO.___11-12935____

Debtor William Moore_____SS# XXX-XX-1791     Current Monthly Income $
Joint Debtor Tiffany Moore_____SS # XXX-XX-0599     Current Monthly Income $
Address 8544 Caroma #149, Olive Branch, MS 38654____ No. of Dependents  Telephone No.662-
TAX REFUNDS AND EIC FOR DISTRIBUTION:_____0_____
THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60_____ months, not to exceed 60 months.  Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.
Debtor(s) propose to pay a total of $ 556.06_____ per month into the plan.
(A) ____ Debtor shall pay $_128.50____ per (monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @:   Easy Way Food Stores
                                                                          4545 S. Mendenhall
                                                                          Memphis, TN  38141
(B)     Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @: _____
                                                                         _____
                                                                         _____

**PRIORITY CREDITORS.**  Filed claims that are not disallowed to be paid in full:  IRS $_____ @$_____ /mo
State Tax Commission $_____ @$_____ /mo  Other $_____@ $_____/mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** __ _____
                                                              _____
beginning _____ in the amount of $_____ per month shall be paid:
       _____direct _____through payroll deduction  _____through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**  _____
                                                             _____
in the amount of $_____ shall be paid  $_____ per month:
       _____through payroll deduction    _____through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: _____ BEGINNING _____ @$ _____ ( ) PLAN ( ) DIRECT
MTG PMTS TO:_____BEGINNING_____@$_____( ) PLAN ( ) DIRECT
MTG PMTS TO:_____BEGINNING_____@$_____( ) PLAN ( ) DIRECT
MTG ARREARS TO: _____THROUGH ____ $___ @$____/MO* (*Including interest at _%)
MTG ARREARS TO: _____ THROUGH ____$_____@ $       /MO* (*Including interest at _____%)
MTG ARREARS TO:_____THROUGH_____$_____@$_____/MO* (*Including interest at_%)

Debtor's Initials_____ Joint Debtor's Initials_____                         CHAPTER 13 PLAN, PAGE 1 OF
                                                                                _____

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| CREDITOR'S NAME & COLLATERAL | AMT OWED | VALUE | INT. RATE | TOTAL TO BE PAID | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| 1st Metro – 02 Dodge Neon | $ 8417.00 | $ 2835.00 | 7 % | $ 3368.18 | $ 56.14 |
| Ally – 06 Ford F 150 | $ 14858.00 | $ 13612.50 | 7 % | $ 17652.37 | $ 294.21 |
| Amro - trombone | $ 5036.00 | $ 5036.00 | 7 % | $ 5983.13 | $ 99.72 |
| Tower Loan – personal property | $ 4976.00 | $ 750.00 | 7 % | $ 891.05 | $ 14.85 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:  ADEQUATE PROTECTION PAYMENTS ARE TO BE PAID TO UNDERSECURED CREDTORS THAT FILE THEIR PROOFS OF CLAIMS

**UNSECURED DEBTS** totaling approximately $ 24470.68          are to be paid in deferred payments to Creditors that have timely filed claims that are not disallowed: _____IN FULL or __0__% (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2800.00    Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $  00.00                              pursuant to Court Order and/or local rules. Attorney fees to be paid through the plan $  2800.00

Name/Address/Phone # of Vehicle Insurance Co./Agent        Attorney for Debtor (Name/Address/Phone # / Email)
                                                           Heidi S. Milam
                                                           P.O. Box 1169
                                                           Southaven, MS 38671
Telephone/Fax_____                   Telephone (662) 349-2322 Fax (866) 267-5360
                                                           Email Address heidi.milam@yahoo.com

DATE:  9/2/11           DEBTOR'S SIGNATURE   /s/ William Moore

                        JOINT DEBTOR'S SIGNATURE  /s/ Tiffany Moore

                        ATTORNEY'S SIGNATURE    /s/ Heidi S. Milam